## 69745. MOON v. DeKALB COUNTY PERSONNEL REVIEW PANEL.
(326 SE2d 844)

BANKE, Chief Judge.

The appellant, a county employee, petitioned the DeKalb County Superior Court for certiorari to review a decision of the DeKalb County Personnel Review Panel sustaining certain disciplinary action which had been taken against her. Following a review of the record below, the superior court affirmed the decision of the personnel review panel. The appellant then filed a notice of appeal to this court. *Held*:

The appeal must be dismissed due to the appellant's failure to follow the discretionary appeal procedures set forth in OCGA § 5-6-35. Accord *Summerset v. Dept. of Offender Rehabilitation*, 167 Ga. App. 730 (307 SE2d 678) (1983).

*Appeal dismissed. McMurray, P. J., and Benham, J., concur.*

DECIDED FEBRUARY 13, 1985.

*E. T. Hendon, Jr.*, for appellant.
*George P. Dillard, Gail C. Flake, Albert S. Johnson*, for appellee.